UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**STEVEN COTE,** *individually and*
*On behalf of all others similarly situated*

    **Plaintiff,**

v.                                       **Case No: 8:25-cv-626-CEH-AAS**

**PLATINUM WEALTH VENTURE, LLC**
**d/b/a NEXT LEVEL INSURANCE DIRECT,**
*and* **DAVID L. POTTER**,

    **Defendants.**
_____/

## ORDER

Attorney Mitchell L. Feldman requests to withdraw as counsel for Plaintiff Steven Cote. (Doc. 8). Proper notice was provided under Local Rule 2.02(c)(1)(B), M.D. Fla., and Mr. Cote consents to the withdrawal. (*Id.* at pp. 1, 2).

Accordingly, it is **ORDERED**:

(1)   Attorney Feldman's motion to withdraw as counsel for Mr. Cote (Doc. 8) is **GRANTED**.

(2)   This action is **STAYED** until **August 4, 2025,** so Mr. Cote may seek counsel.

(3)   If Mr. Cote does not obtain counsel, he will be considered to be proceeding *pro se*. Mr. Cote is advised he will be subject to the same law and

rules of court as a litigant represented by counsel, including the Federal Rules of Civil Procedure and the Local Rules for the Middle District of Florida, and may be sanctioned for violating those rules or court orders. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (explaining that *pro se* litigants are "subject to the relevant law and rules of court[.]"). Mr. Cote must update the Clerk with any changes to his contact information.

(4) The Clerk of Court is directed to send a copy of this order and the underlying motion to: Steven Cote, 7441 Cypress Dr., New Port Richey, FL 34653.

**ENTERED** in Tampa, Florida on June 5, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:
Steven Cote
7441 Cypress Dr.
New Port Richey, FL 34653

2